United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-03234-HWV
Anthony J. Kirsch, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 26, 2023      Form ID: orfeedue      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Matrix Financial Services Corporation, Roundpoint Mortgage Serving, LLC, 446 Wren Place Road, Fort Mill, SC 29715-0200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Christopher Francis Cummins | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. christopherfcummins@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com |
| Leah M Stump | on behalf of Debtor 1 Anthony J. Kirsch Sr. lstump@shepleylaw.com |

Leah M Stump
    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com

Mario John Hanyon
    on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com

Martin A Mooney
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Anthony J. Kirsch Sr.  
aka Anthony J. Kirsch

Chapter 13

Case number 1:19−bk−03234−HWV

Document Number: 35

**Debtor(s)**

### Order Filing Fee Due

A transfer of claim was filed on **October 26, 2023**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$26.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **November 2, 2023**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 26, 2023

orfeedue(05/18)