United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 19-03234-HWV
Anthony J. Kirsch, Sr.                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                   Page 1 of 2
Date Rcvd: Oct 26, 2023                  Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| 5286161 | + MATRIX FINANCIAL SERVICES CORPORATION, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Christopher Francis Cummins | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. christopherfcummins@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com |
| Leah M Stump | on behalf of Debtor 1 Anthony J. Kirsch  Sr. lstump@shepleylaw.com |

Leah M Stump
                    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com

Mario John Hanyon
                    on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com

Martin A Mooney
                    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  lgadomski@schillerknapp.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:19-bk-03234-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony J. Kirsch, Sr.
47 Fruitwood Trail
Fairfield PA 17320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2023.

Name and Address of Alleged Transferor(s):

Claim No. 7: MATRIX FINANCIAL SERVICES CORPORATION, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098

Name and Address of Transferee:

MATRIX FINANCIAL SERVICES CORPORATION
FLAGSTAR BANK F.S.B.
5151 CORPORATE DRIVE
TROY MI 48098

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/23

Terrence S. Miller
**CLERK OF THE COURT**