United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03234-HWV |
| Anthony J. Kirsch, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Kirsch, Sr., 47 Fruitwood Trail, Fairfield, PA 17320-8481 |
| aty | + | Leah M. Stump-Lesley, Harold Shepley & Associates, LLC, 3115 N. Front Street, Harrisburg, PA 17110-1310 |
| 5228441 | + | Adams County Tax Claim Bureau, 117 Baltimore Street #204, Gettysburg, PA 17325-2313 |
| 5228442 | | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |
| 5228451 | + | Kristine Kirsch, 47 Fruitwood Trail, Fairfield, PA 17320-8481 |
| 5228452 | + | Kristine M. Kirsch, 47 Fruitwood Trail, Fairfield, PA 17320-8481 |
| 5237560 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 27 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228443 | | EDI: BANKAMER | Aug 27 2024 22:39:00 | Bank of America, PO Box 982236, El Paso, TX 79998 |
| 5228444 | + | EDI: CAPITALONE.COM | Aug 27 2024 22:39:00 | Capital One/Union plus, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5228446 | + | EDI: CITICORP | Aug 27 2024 22:39:00 | Citibank/Sears, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195-0363 |
| 5228447 | | EDI: DISCOVER | Aug 27 2024 22:39:00 | Discover Financial, Attn: Bankruptcy Department, P.O. Box 15316, Wilmington, DE 19850 |
| 5228448 | | EDI: DISCOVER | Aug 27 2024 22:39:00 | Discover Financial Services, Attn: Bankruptcy Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5238183 | + | EDI: DISCOVERPL | Aug 27 2024 22:39:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5228449 | ^ | MEBN | Aug 27 2024 18:36:06 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5228450 | + | Email/Text: contact@fiwlaw.com | Aug 27 2024 18:40:00 | Frederic I. Weinberg, Esq., 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5228445 | | EDI: JPMORGANCHASE | Aug 27 2024 22:39:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5236302 | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5286161 | ^ | MEBN | Aug 27 2024 18:36:18 | MATRIX FINANCIAL SERVICES CORPORATION, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5228453 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 18:39:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982 Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 5253646 | | EDI: PRA.COM | Aug 27 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5229138 | ^ | MEBN | Aug 27 2024 18:36:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228454 | | EDI: LCITDAUTO | Aug 27 2024 22:39:00 | TD Auto Finance, P.O. Box 100295, Columbia, SC 29202-3295 |
| 5254750 | + | Email/Text: kcm@yatb.com | Aug 27 2024 18:39:00 | York Adams Tax Bureau, 1405 N. Duke Street, York, PA 17404-2125 |
| 5228455 | + | Email/Text: bkfilings@zwickerpc.com | Aug 27 2024 18:40:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5256111 | | MATRIX FINANCIAL SERVICES CORPORATION |
| 5237561 | *+ | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Francis Cummins | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. christopherfcummins@gmail.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com |

| | |
|---|---|
| Leah M Stump | on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com |
| Leah M Stump | on behalf of Debtor 1 Anthony J. Kirsch Sr. lstump@shepleylaw.com |
| Mario John Hanyon | on behalf of Creditor Matrix Financial Services Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Martin A Mooney | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony J. Kirsch Sr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8022<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–03234–HWV | |

# Order of Discharge                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Anthony J. Kirsch Sr.
    aka Anthony J. Kirsch

<u>8/27/24</u>

**By the court:** *(signed)* Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2