**Fill in this information to identify the case:**

Debtor 1: ANTHONY J. KIRSCH, SR. A/K/A ANTHONY J. KIRSCH
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: MIDDLE District of PA (State)
Case Number: 1:19-03234 HWV

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MATRIX FINANCIAL SERVICES CORPORATION

**Court claim no. (if known):** 7

**Last 4 digits** of any number you use to identify the debtor's account: 1069

**Date of payment change:** 11/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any  $1,270.83

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $317.04      **New escrow payment:** $342.64

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why:

   **Current interest rate:** ___%      **New interest rate:** ___%
   **Current principal and interest payment:** ___      **New principal and interest payment:** ___

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: ___
   **Current mortgage payment:** ___      **New mortgage payment:** ___

Official Form 410S1   **Notice of Mortgage Payment Change**   page 1

| Debtor 1 | ANTHONY J. KIRSCH, SR. A/K/A ANTHONY J. KIRSCH | Case Number (if known) | 1:19-03234 HWV |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Jerome B. Blank, Esquire  
   Signature

Date: September 22, 2020

Print: Jerome B. Blank, Esq., Id. No.49736  
   First Name   Middle Name   Last Name

Title: Attorney

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone: 215-563-7000

Email: jerome.blank@phelanhallinan.com