IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ANTHONY J. KIRSCH, SR. | : | Bk. No. 1:19-bk-03234-HWV |
| A/K/A ANTHONY J. KIRSCH | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| MATRIX FINANCIAL SERVICES CORPORATION | : | |
| Movant | : | |
| v. | : | |
| ANTHONY J. KIRSCH, SR. | : | |
| A/K/A ANTHONY J. KIRSCH | : | |
| KRISTINE M. KIRSCH (Non-Filing Co-Debtor) | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT

I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on October 1, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

LEAH M STUMP, ESQUIRE
3115 N. FRONT STREET
HARRISBURG, PA 17110

CHARLES J DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

Service by First Class Mail

KRISTINE M. KIRSCH
47 FRUITWOOD TRAIL
FAIRFIELD, PA 17320-8481

ANTHONY J. KIRSCH, SR
47 FRUITWOOD TRAIL
FAIRFIELD, PA 17320

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

October 1, 2020

/s/ Jerome B. Blank, Esquire
Jerome B. Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com